UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DEITRICH IRVING | CIVIL ACTION |
| VERSUS | NO. 18-932-SDD-EWD |
| GEORGIA-PACIFIC CORPORATION, GEORGIA PACIFIC, LLC, GEORGIA-PACIFIC HOLDINGS, LLC, KOCH INDUSTRIES, INC., AND KELVIN HILL | |

## RULING

Local Rule 7(f) of the Middle District of Louisiana requires that memoranda in opposition to a motion be filed within twenty-one (21) days after service of the motion.

In the present case, a *12(B)(6) Motion to Dismiss*[1] was electronically filed by Defendant, Kelvin Hill ("Hill") on January 7, 2019. A review of the record shows that far more than twenty-one (21) days have elapsed since the filing of this motion, and no memorandum in opposition has been submitted to date. Further, the record reveals that Plaintiff has not sought an extension of time to oppose Hill's motion.

Therefore, this *Motion* is deemed to be unopposed and further, after reviewing the record, the Court finds that the *Motion* has merit as a matter of law. Indeed, individual employees are not subject to personal liability under Title VII.[2] Accordingly,

---

[1] Rec. Doc. 7.
[2] *Muthukumar v. Kiel*, 478 F. App'x 156, 158 (5th Cir. 2012)(quoting *Smith v. Amedisys Inc.*, 298 F.3d 434, 448 (5th Cir. 2002)); *see also Payne v. Univ, of S. Mississippi,* 681 F. App'x 384, 389 (5th Cir. 2017).
Document Number: 50547

**IT IS HEREBY ORDERED** that the *12(B)(6) Motion to Dismiss*[3] is GRANTED, and Kelvin Hill is dismissed from this action WITH PREJUDICE.

Any response to this *Ruling* <u>explaining the failure to comply with the deadline</u>, based on the appropriate Federal Rule of Civil Procedure, shall be filed within fourteen (14) days and must be accompanied by an opposition memorandum to the original *Motion*.

On review of the pleadings filed along with the opposition, the Court, at its discretion, may assess costs, including attorney's fees, against the moving party, if the Court deems that such a motion was unnecessary had a timely opposition memorandum been filed.[4] A statement of costs conforming to L.R. 54(c) shall be submitted by all parties desiring to be awarded costs and attorney's fees no later than seven (7) days prior to the hearing on the newly filed motion.

**IT IS SO ORDERED**.

Baton Rouge, Louisiana, this 12th day of March, 2019.

_____
**SHELLY D. DICK
CHIEF DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA**

---

[3] Rec. Doc. 7.
[4] *See* Fed. R. Civ. P. 16, 83.
Document Number: 50547